UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Tyquawn Capers
Plaintiff(s),

vs.

P.O. Michael Calle (Shield # 14724), et al
Defendant(s).

ATTORNEY: GARNETT H. SULLIVAN, ESQ.

INDEX NUMBER: 1:22-CV-07980-AMD-RER

DATE OF FILING: 12/30/2022

## AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF NEW YORK   ss:

I, Vladimir Kurevich, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **10/18/2023** at **3:15 PM** at **1 Police Plaza, New York, NY 10038**,
Deponent served the **Summons in a Civil Action, Civil Complaint, Civil Cover Sheet** upon **P.O. Frank Ryan**, defendant/respondent/recipient herein.

Said service was effected in the following manner;

By delivering thereat a true copy to **Georgia Bono, PSA**, a person of suitable age and discretion.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Female**  Skin: **White**  Hair: **Black**  Age (Approx): **50-55**  Height(Approx): **5'11"**  Weight(Approx): **130-140 lbs**  Glasses: **Yes**  Other:

On **10/19/2023**, after delivery of process was effected, deponent enclosed an additional true and attested copy of same in postpaid envelope addressed to the defendant/respondent/recipient at defendant/respondent/recipient place of business in an official depository and by First Class Mail, under the exclusive care of the United States Postal Service within New York State. The envelope bore the Legend "Personal & Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant/respondent/recipient.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me this
October __19__ 2023

Vladimir Kurevich
License No. 2054784

ALEXANDER JAMES
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01JA6029931
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES AUGUST 30, 2025

Executive Attorney Service, Inc. 585 Stewart Ave, Ste LL16, Garden City, NY 11530 516-333-3447 Lic# 1422060
Case No: 1689493