

**THE CITY OF NEW YORK**
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA HINDS-RADIX**
*Corporation Counsel*

**CAROLYN K. DEPOIAN**
*Senior Counsel*
Phone: (212) 356-2358
Fax: (212) 356-3509
cdepoian@law.nyc.gov

December 1, 2023

**BY ECF**
Honorable Joseph A. Marutollo
United States Magistrate Judge
United States District Court
Easter District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:      <u>Capers v. Calle</u>,
                  22-CV-7980 (AMD)(JAM)

Your Honor:

        I am a Senior Counsel in the office of the Hon. Sylvia Hinds-Radix, Corporation Counsel of the City of New York, assigned to the defense of the above-referenced matter. The parties write jointly, pursuant to Court Order, provide a status update in this case.

        All of the defendants have now answered the complaint. The parties are concluding paper discovery in this matter and expect to soon be in a position to begin scheduling depositions. The parties believe that there will be approximately 4-5 deposition in this matter, and thus it is anticipated that the parties will jointly request an extension of the January 5, 2024 fact discovery deadline after such time as a deposition schedule can be agreed upon.

        The parties have also begun to discuss the prospect of settlement. Plaintiff has not yet provided a settlement demand, and defendants will only be in a position to determine whether a settlement conference would be productive after such time as a demand is provided. Therefore, it would be premature to schedule a settlement conference at this time.

- 2 -

      The parties propose that they jointly file another status letter on or before January 2, 2024, proposing a new schedule for the remainder of fact discovery and requesting a date for a settlement conference, should the parties determine that one would be productive.

                Respectfully submitted,

                /s/
                Carolyn K. Depoian
                Senior Counsel

cc:     Garnett H. Sullivan
       *Attorney for Plaintiff (by ECF)*